AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF **Delaware**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

2960 Kirkwood Highway, Newark, DE 19711

**SEARCH WARRANT**

CASE NUMBER: MC 08-156

REDACTED

TO: Special Agent Kimberly Mullings and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Kimberly Mullings who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location) 2960 Kirkwood Highway, Newark, DE 19711, and further described in Attachment A.

in the District of Delaware there is now concealed a certain person or property, namely (describe the person or property)

See Exhibit 6 incorporated herein by reference.

FILED
SEP 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  8/22/08
                                                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — **6:00 A.M. to 10:00 P.M.**) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Hon. Mary Pat Thynge
                                                                                                          U.S. Judge or Magistrate
as required by law.

August 12, 2008                                    at     Wilmington, Delaware
Date and Time Issued                            City and State

Hon. Mary Pat Thynge                        *[signature]*
Name and Title of Judicial Officer          Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>08/12/08 | DATE AND TIME WARRANT EXECUTED<br>08/13/08  0900 Hrs | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Dorotea Garcia de Ruiz - Manager |
| INVENTORY MADE IN THE PRESENCE OF<br>Robert Naughton | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

NAME        DOB

Laura Nieto - Rojas     /90

Maria Rojas     /73

Rosario Alba - Diaz     /73

Rosalba Reyes - Diaz     /68

~~Josefa Vasquez~~     ~~/68~~ NM

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____  8/18/08
U.S. Judge or Magistrate     Date